IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD L. TURNER, | ) | No. C 12-2478 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| K. TORRE, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Plaintiff, a California prisoner proceeding pro se, filed this civil rights case under 42 U.S.C. § 1983. Plaintiff was ordered to show cause why, in light of Plaintiff's prior cases that were dismissed as frivolous, malicious or for failure to state a cognizable claim, why in forma pauperis should not be denied and this case should not be dismissed pursuant to 28 U.S.C. § 1915(g), or to pay the filing fee. He was informed that his failure to do so would result in the dismissal of this case. Plaintiff has responded to the order, but his response does not address Section 1915(g) or show cause why it should not be applied to this case. As he has neither paid the filing fee, nor shown cause why this case should not be dismissed and in forma pauperis should not be denied under Section 1915(g), this case is DISMISSED without prejudice and the application to proceed in forma pauperis DENIED. No fee is due.

     The Clerk shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: August 24, 2012

                                               JEFFREY S. WHITE
                                               United States District Judge